**Opinion issued October 27, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00542-CV

———————————

**T.C., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 320442**

---

## MEMORANDUM OPINION

Appellant, T.C., has neither paid the required fees nor established indigence

for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX.

GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in

the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

On August 11, 2022, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by September 12, 2022. *See* TEX. R. APP. P. 42.3(b), (c).

On September 15, 2022, appellant filed a motion for extension of time to pay the required appellate filing fee, which the Court granted. The Court ordered appellant to pay the required appellate costs on or before October 17, 2022. Appellant failed to do so. *See* TEX. R. APP. P. 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.